Argued June 21, affirmed June 21, 1972

STATE OF OREGON, *Respondent, v.* RONALD
RAY RODACKER (No. C-55740), *Appellant.*

497 P2d 1217

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.